UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 25-5516-KK-MBKx** | Date: | October 3, 2025 |
| Title: | *Joshua Meadors v. Redondo Beach et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Twyla Freeman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Dismissing Action Without Prejudice

On August 25, 2025, the Court issued an Order granting Plaintiff's request to proceed in forma pauperis and requiring Plaintiff to pay an initial partial filing fee of $21.41 within 30 days. ECF Docket No. ("Dkt.") 7. Plaintiff was expressly advised failure to comply with this instruction would result in this action being dismissed without prejudice. Id.

To date, Plaintiff has not paid the required initial filing. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. (JS-6)

**IT IS SO ORDERED**.